JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.       5:26-cv-00876-DOC-AJR                    Date:  March 16, 2026
                                                        Page 1 of 2

Title:        Huaitao Fan v. Kristin Noem, et al.

DOCKET ENTRY:      **ORDER REGARDING THE PARTIES' JOINT REQUEST FOR DISMISSAL WITHOUT PREJUDICE**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

  Ashley Silva-Elder                  None                     None
    Deputy Clerk          Court Reporter/Recorder          Tape No.

  ATTORNEYS PRESENT FOR PETITIONER:     ATTORNEYS PRESENT FOR RESPONDENT:

        None Present                          None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On February 18, 2026, Petitioner Huaitao Fan ("Petitioner"), a *pro se* immigration detainee then being held at the Adelanto Detention Facility, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody Under 28 U.S.C. § 2241 (the "Petition"). (Dkt. 1.)  The Petition challenged Peitioner's detention and sought immediate release or bond hearing.  (Id. at 7.)  On February 24, 2026, the Court issued an Order Referring Case to the Federal Public Defender to Consider Appointment of Counsel.  (Dkt. 4.)  On March 2, 2026, the Federal Public Defender filed a Notice of No Intent to Appear, notifying the Court that it did not intend to enter an appearance on behalf of Petitioner.  (Dkt. 6.)  On March 10, 2026, Respondents filed a Response to Petition for Writ of Habeas Corpus (the "Response").  (Dkt. 7.)  In their Response, Respondents advised that "the Petitioner ha[d] been released from ICE detention."  (Id. at 2.)  Respondents contend that "Petitioner's release from ICE detention generally moots this habeas petition."  (Id.)

Therefore, on March 12, 2026, the Court issued an Order to Show Cause Why This Action Should Not Be Dismissed for Lack of Jurisdiction (the "Order to Show Cause"). (Dkt. 8.)  The Court directed Petitioner to show cause by March 26, 2026 why this action

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No.       5:26-cv-00876-DOC-AJR                    Date:  March 16, 2026
                                                        Page 2 of 2

Title:          <u>Huaitao Fan v. Kristin Noem, et al.</u>

should not be dismissed for lack of jurisdiction based on mootness.  (<u>Id.</u> at 2.)  The Court advised that if Petitioner believed this action should be dismissed for lack of jurisdiction based on mootness, Petitioner could voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41.  (<u>Id.</u>)

On March 12, 2026, Respondents filed a Status Report with a declaration signed by Petitioner under penalty of perjury stating that he no longer wanted to pursue this action and did not oppose dismissal.  (Dkt. 9-2 at 1.)  The declaration was provided to Respondents by the attorney who represented Petitioner at the immigration bond hearing that resulted in his release from custody.  (Dkt. 9 at 4.)  The attorney requested that Respondents file the declaration as part of a request for dismissal.  (Dkt. 9-3 at 1-2.)  Respondents also request that the Court dismiss the action without prejudice.  (Dkt. 9 at 2.)

The Court concludes that Petitioner's declaration constitutes a request for voluntary dismissal without prejudice under Rule 41(a)(1)(A)(i).  The Court further concludes that Petitioner's declaration combined with Respondents' request for dismissal without prejudice constitutes a stipulated dismissal agreed to by both sides pursuant to Rule 41(a)(1)(A)(ii).  Accordingly, the parties' joint request to dismiss this action without prejudice is effective to dismiss the action without a court order.  The Court directs the Clerk of Court to close the action.

IT IS SO ORDERED.

cc:     Carlos Barrios
        510 W. 6th Street, Suite 1210
        Los Angeles, CA 90014
        ATTN: Carlos carlos@toplegalservice.com